IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 22-00055 JAO |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING THE |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| ALAN SCOTT RUDO, | ) | RECOMMENDATION TO GRANT |
| | ) | GOVERNMENT'S MOTION FOR |
| Defendant. | ) | INTERLOCUTORY SALE OF |
| | ) | REAL PROPERTY SUBJECT TO |
| _____ | ) | FORFEITURE |

ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT GOVERNMENT'S MOTION FOR INTERLOCUTORY SALE OF REAL PROPERTY SUBJECT TO FORFEITURE

Findings and Recommendation having been filed and served on all parties on October 31, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, November 16, 2023.



Jill A. Otake
United States District Judge